■ JEFFERSON NATIONAL BANK, Respondent, v BARRY HULBERT et al., Appellants. — Order unanimously affirmed, without costs, for the reasons stated at Special Term, Inglehart, J. (Appeal from order of Supreme Court, Jefferson County, Inglehart, J. — dismiss complaint.) Present — Dillon, P. J., Callahan, Denman, Moule and Schnepp, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CURTIS TINDAL, Appellant. — Case held, decision reserved and matter remitted to Monroe Supreme Court for hearing, in accordance with the following memorandum: On this appeal from a judgment of conviction for rape in the first degree, defendant contends that he was deprived of his right to counsel because he was interrogated by the police in the absence of an attorney who was representing him on a pending charge (see *People v Smith,* 54 NY2d 954; *People v Bartolomeo,* 53 NY2d 225; *People v Rogers,* 48 NY2d 167). While acknowledging that this issue was not raised in the trial court, defendant correctly observes that his trial took place prior to *Rogers* (*supra*) and that the Court of Appeals has held that the *Rogers* rule should be applied to cases still on appellate review (see *People v Albro,* 52 NY2d 619, 624; *People v Bell,* 50 NY2d 869, 871). Because this issue was not before the suppression court (see *People v Tindal,* 69 AD2d 58), the record is insufficient for us to determine whether defendant was represented by an attorney on a pending charge, and if he was, whether the police knew or should have known of such representation (see *People v Servidio,* 54 NY2d 951). We thus remit the matter for a hearing to develop a record on this issue (see *People v Baldi,* 54 NY2d 137, 152; *People v Johnson,* 89 AD2d 812). We have examined the other issues raised by defendant and find them to be lacking in merit. (Appeal from judgment of Supreme Court, Monroe County, Kennedy, J. — rape, first degree.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Boomer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v LEO C. GIBBONS, Appellant. — Judgment unanimously affirmed (see *People v Farrell,* 58 NY2d 637). (Appeal from judgment of Supreme Court, Erie County, Kasler, J. — driving while intoxicated.) Present — Hancock, Jr., J. P., Callahan, Doerr, Denman and Boomer, JJ.